[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-12685

Non-Argument Calendar

_____

MARK T. STINSON, SR.,

                         Plaintiff-Appellant,

*versus*

JOHN T FOWLKES,
Federal Judge,
U.S. ATTORNEY'S OFFICE,
Memphis, TN,

                         Defendants-Appellees.

_____

2                    Opinion of the Court                    24-12685

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:24-cv-22833-DMM

_____

Before WILSON, NEWSOM, and LUCK, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Mark Stinson appeals from the district court's order transferring his case to the U.S. District Court for the Western District of Tennessee under 28 U.S.C. § 1406(a). We lack jurisdiction over this appeal because transfer orders under § 1406(a) are non-appealable interlocutory orders. *See Middlebrooks v. Smith*, 735 F.2d 431, 432 (11th Cir. 1984); *Stelly v. Emps. Nat'l Ins. Co.*, 431 F.2d 1251, 1253-54 (5th Cir. 1970).

All pending motions are DENIED as moot. No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.